Millard L. SWENSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 32897.

Missouri Court of Appeals,
Western District.

June 15, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 3, 1982.

Application to Transfer Denied Sept. 13, 1982.

James W. Fletcher, Public Defender, and Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., and Melinda Corbin, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from a denial, after evidentiary hearing, of a motion for post-conviction relief under Rule 27.26.

Affirmed.